**MAY 1803.**

Harris
vs
Dorsey.

## HARRIS *vs.* DORSEY.

*If the amount of an award in favour of a plaintiff, on a reference from the court be at the time of awarding, less than the court has jurisdiction over, there must be judgment of *non suit,* though at the time of entering such judgment, such sum, with the interest added to it, would be sufficient to support the courts jurisdiction.*

THIS case had been some time before referred to arbitrators, who had awarded a less sum in favour of the plaintiff, than the jurisdiction of the court extended to. The award remained in court unacted upon until this term, when

*Shaaff,* for the plaintiff, moved to have judgment entered on it for the plaintiff, on the ground that, although the sum awarded did not at the time of awarding amount to a sufficient sum to support the court's jurisdiction, yet that it would at this time, with the interest calculated on it.

BUT THE COURT directed a *nonsuit* to be entered.

## GENERAL COURT, MAY TERM, 1803.

### FISHER *vs.* THE STATE use of JOHNSON.

*Where there is an award returned in favour of the plaintiff in an action of debt on bond, the judgment must be entered for the penalty of the bond, &c.*

*A writ of diminution granted to correct a judgment entered for the sum awarded in an action of debt on bond, instead of being entered for the penalty of the bond, &c.*

ERROR to Harford county court. It was an action of debt upon a bond, which had been referred by the county court to arbitrators, who awarded a particular sum to be due, and for which sum the court entered judgment.

*Johnson,* for the defendant in error, stated that the judgment had been incorrectly entered by the county court. That it ought to have been for the penalty of the bond, or amount of the debt for which the suit had been brought, and costs, to be released on payment of the sum awarded. He moved, under the authority of the case of *Duvall vs. Wells,* (4 *Harr. & M'Hen.* 163,) for a writ of *diminution* to the county court, that the judgment might be corrected, and a proper record transmitted to this court.

*Hall* and *Hollingsworth,* for the Plaintiff in error.

WRIT OF DIMINUTION GRANTED(*a*)

(*a*) The county court returned a record of the judgment so amended, which was afterwards *affirmed* at October term 1804.